**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**MICHAEL SVEHLA**                                                    **CIVIL ACTION**

**versus**                                                                       **NO. 10-177**

**BURL CAIN, WARDEN**                                        **SECTION: "N" (3)**

### O R D E R

Before the Court is the Motion and Objection to Report and Recommendation (Rec. Doc. 22), which was set for hearing on December 15, 2010.  The Court, having considered the Petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, the instant motion, the Opposition thereto (Rec. Doc. 29), and the Reply thereto (Rec. Doc.33)  hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the **Motion and Objection to Report and Recommendation (Rec. Doc. 22)** is **DENIED**.

**IT IS FURTHER ORDERED** that the federal petition of **Michael Svehla** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 15th day of December, 2010.

**UNITED STATES DISTRICT JUDGE**