## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL SVEHLA** | **CIVIL ACTION** |
| **versus** | **NO. 10-177** |
| **BURL CAIN, WARDEN** | **SECTION: "N" (3)** |

### REPORT AND RECOMMENDATION

Petitioner, through counsel, filed a motion to proceed *in forma pauperis* on appeal. Rec. Doc. 38. That motion was referred to the undersigned United States Magistrate Judge. Rec. Doc. 39. Absent consent of the parties, which the instant parties have not given, a Magistrate Judge has no authority to enter a final judgment on a litigant's right to appeal *in forma pauperis*. Donaldson v. Ducote, 373 F.3d 622 (5th Cir. 2004). Therefore, it is recommended that the United States District Judge deny the motion for the following reasons.

First, petitioner has not furnished the required financial information to establish that he is in fact a pauper.[1]

Second, in any event, petitioner has now paid the appellate filing fee. Therefore, his motion to proceed as a pauper is moot.

---

[1] On January 10, 2011, petitioner was ordered to supplement his motion with a properly completed pauper application form, including a certification of his prisoner account, by January 31, 2011. He was notified that if he failed to do so, the undersigned would recommend that his motion be denied. Rec. Doc. 40. Petitioner failed to provide the supplementation as ordered.

## RECOMMENDATION

Accordingly, **IT IS RECOMMENDED** that petitioner's motion to proceed *in forma pauperis* on appeal be **DENIED**.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object.  28 U.S.C. § 636(b)(1); Douglass v. United Services Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).[2]

New Orleans, Louisiana, this first day of February, 2011.

*[signature]*

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**

---

[2] Douglass referenced the previously applicable ten-day period for the filing of objections. Effective December 1, 2009, 28 U.S.C. § 636(b)(1) was amended to extend that period to fourteen days.