UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL SVEHLA                                          CIVIL ACTION

versus                                                  NO. 10-177

BURL CAIN, WARDEN                                       SECTION: "N" (3)

## O R D E R

The Court, having considered the motion, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's motion to proceed *in forma pauperis* on appeal, Rec. Doc. 38, is **DENIED**.

New Orleans, Louisiana, this 1st day of March, 2011.

UNITED STATES DISTRICT JUDGE